IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY WATSON et al.,

    Plaintiffs,               No. CIV S-10-0293 GEB DAD P

    vs.

A. SCHWARZENEGGER et al.,

    Defendants.           ORDER

_____/

    Plaintiffs are state prisoners proceeding pro se. On February 12, 2010, the court issued findings and recommendations, recommending dismissal of this action as duplicative of an action plaintiffs previously filed in this court. See Case No. CIV S-10-0123 MCE KJM P.[1] On the same day, plaintiffs filed a motion for appointment of counsel, together with a motion for a temporary restraining order. In light of the pending findings and recommendations, the court will deny plaintiffs' motions without prejudice to their refiling in Case No. CIV S-10-0123 MCE KJM P.

/////

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiffs' February 12, 2010
2  motions (Doc. No. 5) are denied without prejudice to refiling in Case No. CIV S-10-0123 MCE
3  KJM P.
4  DATED: March 1, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
wats0293.31